IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

|  |  |  |
|---|---|---|
| Cherylynn Escher, | ) | CA: 5:25-cv-13407-SAL |
| Plaintiff(s), | ) |  |
|  | ) | **JOINT MOTION FOR EXTENSION** |
| v. | ) | **OF TIME TO FILE 26(f) REPORT** |
|  | ) | **AND DISCOVERY PLAN** |
|  | ) |  |
| Mark Anthony Blackwell and | ) |  |
| Alba Freight, Inc., | ) |  |
| Defendant(s). | ) |  |

YOU WILL PLEASE TAKE NOTICE that the undersigned parties will move before the Presiding Judge of the United States District Court, Orangeburg Division, for an extension of time to file their Rule 26(f) Report and Discovery Plan, as counsel for Plaintiff is currently in trial. The parties would respectfully request an additional ten (10) days until February 13, 2026, to complete and submit their Rule 26(f) Report and Discovery Plan.

Respectfully submitted, this 4th day of February, 2026.

|  |  |
|---|---|
| **PLAINTIFF(S)** | **DEFENDANT(S)** |
|  |  |
| *s/James G. Biggart, II* | *s/John M. Grantland* |
| Signature of Plaintiff's Counsel | Signature of Defendant's Counsel |
|  |  |
| James G. Biggart, II, Esquire | John M. Grantland, Esquire |
| Fed. ID: 14195 | Fed. ID: 6462 |
| Cooper Klaasmeyer, Esquire | J.D. Jacobus, Esquire |
| Fed. ID: 14272 | Fed. ID: 14575 |
| Morgan & Morgan, P.A. | Murphy & Grantland, P.A. |
| 4401 Belle Oaks Drive, Suite 300 | P.O. Box 6648 |
| North Charleston, SC 29405 | Columbia, SC 29260 |
| Phone: 843-973-5186 | Phone: 803-782-4100 |
| Fax: 843-947-6113 | Fax: 843-+782-4140 |
| jbiggart@forthepeople.com | jgrantland@murphygrantland.com |
| cooper.klaasmeyer@forthepeople.com | jdjacobus@murphygrantland.com |