IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Cherylynn Escher, | ) | CA: 5:25-cv-13407-SAL |
| Plaintiff(s), | ) | |
| | ) | **RULE 26(f) REPORT** |
| v. | ) | |
| | ) | |
| | ) | |
| Mark Anthony Blackwell and | ) | |
| Alba Freight, Inc., | ) | |
| Defendant(s). | ) | |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

☐ We agree that the schedule set forth in the Conference and Scheduling Order filed is appropriate for this case. **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☒ We agree that the schedule set forth in the Conference and Scheduling Order filed requires modification as set forth in the proposed Consent Amended Scheduling Order which will be e-mailed to chambers as required (use format of the Court's standard scheduling order). **The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

☐ We are unable, after consultation, to agree on a schedule for this case. We, therefore, request a scheduling conference with the Court. **The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.**

(SIGNATURE PAGE ATTACHED)

|  |  |
|---|---|
| **PLAINTIFF(S)** | **DEFENDANT(S)** |
| *s/James G. Biggart, II* <br> *Signature of Plaintiff's Counsel* | *s/John Grantland* <br> *Signature of Defendant's Counsel* |
| James G. Biggart, II, Esquire <br> Fed. ID: 14195 <br> Cooper Klaasmeyer, Esquire <br> Fed. ID: 14272 <br> Morgan & Morgan, P.A. <br> 4401 Belle Oaks Drive, Suite 300 <br> North Charleston, SC 29405 <br> Phone: 843-973-5186 <br> Fax: 843-947-6113 <br> jbiggart@forthepeople.com <br> cooper.klaasmeyer@forthepeople.com | John M. Grantland, Esquire <br> Fed. ID: 6462 <br> J.D. Jacobus, Esquire <br> Fed. ID: 14575 <br> Murphy & Grantland, P.A. <br> P.O. Box 6648 <br> Columbia, SC 29260 <br> Phone: 803-782-4100 <br> Fax: 843-+782-4140 <br> jgrantland@murphygrantland.com <br> jdjacobus@murphygrantland.com |
| *Dated: February 13, 2026* | *Dated: February 13, 2026* |