IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Cherylynn Escher, | ) | CA: 5:25-cv-13407-SAL |
| Plaintiff(s), | ) | |
| | ) | **JOINT DISCOVERY PLAN** |
| v. | ) | |
| | ) | |
| | ) | |
| Mark Anthony Blackwell and | ) | |
| Alba Freight, Inc., | ) | |
| Defendant(s). | ) | |

Pursuant to Fed. R. Civ. P. 26(f)(2) and 26(f)(3), the Parties jointly submit the following Discovery Plan:

A.   What changes should be made in the timing, form, or requirement for disclosures under Rule 26(a), including a statement of when initial disclosures were made or will be made:

**RESPONSE: The parties will exchange 26(a)(1) disclosures on or before February 27, 2026.**

B.   The subjects on which discovery may be needed, when discovery should be completed, and whether discovery should be conducted in phases or be limited to or focused on particular issues:

**RESPONSE: Discovery is needed on damages and causation, specifically on whether the injuries Plaintiff has alleged were caused by the collision that is the subject of this matter. The parties have agreed on a discovery deadline, which is set forth in the proposed Amended Scheduling Order.**

C.   Any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced:

**RESPONSE: There do not appear to be any special issues related to the discovery of electronically stored information at this time.**

D.   Any issues about claims of privilege or of protection as trial-preparation materials, including—if the parties agree on a procedure to assert these claims after production—

whether to ask the court to include their agreement in an order under Federal Rule of Evidence 502:

**RESPONSE: There do not appear to be any special issues with respect to claims of privilege or work product protection at this time.**

E.   What changes should be made in the limitations on discovery imposed under these rules or by local rule, and what other limitations should be imposed:

**RESPONSE: None at this time.**

F.   Any other orders that the court should issue under Rule 26(c) or under Rule 16(b) and (c):

**RESPONSE: Other than the proposed Amended Scheduling Order, the parties are not aware of any orders under Rule 26(c) or Rule 16(b) and (c) that should be entered at this time.**

|  |  |
|---|---|
| **PLAINTIFF(S)** | **DEFENDANT(S)** |
| *s/James G. Biggart, II* | *s/John M. Grantland* |
| Signature of Plaintiff's Counsel | Signature of Defendant's Counsel |
| James G. Biggart, II, Esquire | John M. Grantland, Esquire |
| Fed. ID: 14195 | Fed. ID: 6462 |
| Cooper Klaasmeyer, Esquire | J.D. Jacobus, Esquire |
| Fed. ID: 14272 | Fed. ID: 14575 |
| Morgan & Morgan, P.A. | Murphy & Grantland, P.A. |
| 4401 Belle Oaks Drive, Suite 300 | P.O. Box 6648 |
| North Charleston, SC 29405 | Columbia, SC 29260 |
| Phone: 843-973-5186 | Phone: 803-782-4100 |
| Fax: 843-947-6113 | Fax: 843-+782-4140 |
| jbiggart@forthepeople.com | jgrantland@murphygrantland.com |
| cooper.klaasmeyer@forthepeople.com | jdjacobus@murphygrantland.com |
| *Dated: February 13, 2026* | *Dated: February 13, 2026* |