UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CASE NUMBER: 5:25-cv-13407-SAL

| | |
|---|---|
| Cherylynn Escher,<br><br>          Plaintiff,<br><br>v.<br><br>Mark Anthony Blackwell and Alba Freight, Inc.,<br><br>          Defendants. | **DEFENDANTS' ANSWERS TO LOCAL RULE 26.03 INTERROGATORIES** |

**TO:** **THE UNITED STATES DISTRICT COURT:**

Pursuant to Local Rule 26.03, the following is included in the Fed. R. Civ. P. 26(f) report:

1. A short statement of the facts of the case;

**RESPONSE: This matter involves a motor vehicle accident between Plaintiff Cherylynn Escher and Defendant Mark Anthony Blackwell. Defendant Blackwell was operating a vehicle owned by Defendant Alba Freight, Inc., at the time of the collision. This accident occurred on Interstate 26 in Calhoun County on March 19, 2025.**

2. The names of fact witnesses likely to be called by the Defendant and a brief summary of their expected testimony;

 **RESPONSE:**

a. **Cherylynn Escher**

**Ms. Escher is the Plaintiff in this matter and would testify regarding the circumstances of this accident.**

b. **Mark Anthony Blackwell**

**Mr. Blackwell is the Defendant in this action. He is expected to testify to the facts and circumstances surrounding the collision that is the subject of this lawsuit.**

    c. Any and all witnesses, including medical/mental health providers and records custodian of medical providers, listed or disclosed by the Plaintiff.

**Defendant reserves the right to supplement the answer to this Interrogatory in the future.**

    3. The names and subject matter of expert witnesses (if no witnesses have been identified, the subject matters and field of expertise should be given as to experts likely to be offered);

**RESPONSE: No expert witnesses have been identified. Defendant reserves the right to supplement the answer to this Interrogatory in the future.**

    4. A summary of the claims or defenses with statutory and/or case citations supporting the same;

**RESPONSE: The Defendants deny they are liable for the accident giving rise to this lawsuit. The Defendants deny the incident was the proximate cause of Plaintiff's alleged injuries.**

    5. Absent special instructions from the assigned judge, the parties shall propose dates for the following deadlines listed in Local Rule 16.02:

    (a) Exchange of Fed. R. Civ. P. 26(a)(2) expert disclosures; and

    (b) Completion of Discovery

**RESPONSE: The parties agree to the deadlines set forth in the proposed Amended Conference and Scheduling Order.**

    6. The parties shall inform the Court whether there are any special circumstances which would affect the time frames applied in preparing the scheduling order.

**RESPONSE: N/A.**

    7. The parties shall provide any additional information requested in the Pre-Scheduling Order (Local Rule 16.01) or otherwise requested by the assigned judge.

**RESPONSE: N/A.**

        *Respectfully submitted,*

        **MURPHY & GRANTLAND, P.A.**

        <u>*s/John M. Grantland*</u>
        John M. Grantland, Esquire
        Federal ID 6462
        John David Jacobus, Esquire
        Federal ID 14575
        P.O. Box 6648
        Columbia, SC 29260
        Phone: (803) 782-4100
        jgrantland@murphygrantland.com
        jdjacobus@murphygrantland.com
        **Attorneys for Defendants**

Columbia, South Carolina
February 18, 2026