IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Cherylynn Escher,<br><br>Plaintiff,<br><br>v.<br><br>Mark Anthony Blackwell and Alba Freight, Inc.,<br><br>Defendants. | Civil Action No. 5:25-cv-13407<br><br><br>**CERTIFICATION REGARDING FAMILIARITY WITH LOCAL CIV. RULES** |

Pursuant to the Court's Conference and Scheduling Order, the undersigned attorneys hereby certify that we have read and are familiar with the Local Civ. Rules for the District of South Carolina.

Respectfully Submitted,

| | |
|---|---|
| /s/ *Cooper Klaasmeyer*<br>James G. Biggart, II (Fed ID No. 14195)<br>Jbiggart@forthepeople.com<br>T:   843-973-5186<br>Cooper Klaasmeyer (Fed ID No. 14272)<br>Cooper.klaasmeyer@forthepeople.com<br>T:   843-973-5438<br>Morgan & Morgan, PA<br>4401 Belle Oaks Drive, 3rd Floor<br>North Charleston, South Carolina 29405<br><br>ATTORNEYS FOR PLAINTIFF | /s/*James G. Biggart*<br>James G. Biggart, II (Fed ID No. 14195)<br>Jbiggart@forthepeople.com<br>T:   843-973-5186<br>Cooper Klaasmeyer (Fed ID No. 14272)<br>Cooper.klaasmeyer@forthepeople.com<br>T:   843-973-5438<br>Morgan & Morgan, PA<br>4401 Belle Oaks Drive, 3rd Floor<br>North Charleston, South Carolina 29405<br><br>ATTORNEYS FOR PLAINTIFF |

February 18, 2026

North Charleston, South Carolina