UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION
CASE NUMBER: 5:25-cv-13407-SAL

| | |
|---|---|
| Cherylynn Escher,<br><br>                              Plaintiff,<br><br>v.<br><br>Mark Anthony Blackwell and Alba Freight, Inc.,<br><br>                            Defendants. | **CERTIFICATION OF FAMILIARITY WITH LOCAL RULES** |

**TO:**    **THE UNITED STATES DISTRICT COURT:**

      The undersigned attorneys, as counsel of record for Defendants, hereby certify that John M. Grantland and J.D. Jacobus have read and are familiar with the Local Civil Rules for the District of South Carolina.

                                                *Respectfully submitted,*

                                                **MURPHY & GRANTLAND, P.A.**

                                                *s/John M. Grantland*
                                                John M. Grantland, Esquire
                                                Federal ID 6462
                                                J.D. Jacobus, Esquire
                                                Federal ID 14575
                                                P.O. Box 6648
                                                Columbia, SC 29260
                                                Phone: (803) 782-4100
                                                jgrantland@murphygrantland.com
                                                jdjacobus@murphygrantland.com

                                                *Attorneys for Defendants*

Columbia, South Carolina
February 18, 2026